
AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| ANTWAN NEPAUL MATTHEWS | Case Number: 8:08-CR-329-T-33EAJ |
| | USM Number: 79406-079 |
| | Mauricio Hued, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of Conditions One, Two and Three of the terms of supervision. See below.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct, Conspiracy to Commit Armed Robbery, occurring on June 25th, 2008, while on supervision in violation of the Conditions of Supervision. | June 25, 2008 |
| 2 | Association of a person engaged in criminal activity in violation of Condition Number 9 of the Standard Conditions of Supervision. | June 25, 2008 |
| 3 | Failure to make fine payments in violation of the Payment agreement with the United States Probation Office, which requires him to make payments at a Rate of $50.00 per month. | August 29, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: September 30th, 2008

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Date    September 30th, 2008

DEFENDANT: ANTWAN NEPAUL MATTHEWS  Judgment - Page 2 of 2
CASE NUMBER: 8:08-CR-329-T-33EAJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *THIRTY (30) MONTHS. NO TERM OF SUPERVISED RELEASE TO FOLLOW.*

__X__ The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant serve term of imprisonment at USP Atlanta or FPC Estill
2. Defendant participate in educational programs in the field of pharmacy while serving term of imprisonment.
2. Defendant receive credit for time served in state custody from June 27th through July 16th, 2008, if eligible.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.  p.m.  on _____.

    ___ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL